JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

November 26, 2019

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: **Fazzalari v. Altierre Corp.**
       **No. 19 CV 7457**

Dear Judge Abrams:

  We represent the Plaintiff in the above-referenced action. I write with Defendant's consent to request an adjournment of the initial conference and the submission of a joint letter and case management plan, which are currently scheduled for December 13, 2019 and December 6, 2019, respectively. Your Honor referred this case to mediation, with the initial conference to follow if the "mediation process is unsuccessful." (Dkt. No. 6 at 1.) The mediation has been scheduled for January 10, 2020. Accordingly, we respectfully request that the initial conference be adjourned to a date after January 10, 2020 that is convenient for the Court, and that the joint letter and case management plan be due one week before the initial conference. The parties note that they are not available for a conference on January 15, 16, 22, 23, 28, 29, and 31, 2020 and February 5, 7, 10-14, 19, and 24-28, 2020. This is the first request for an adjournment of the initial conference. We thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ Denise A. Schulman
            Denise A. Schulman

cc: All Counsel (via ECF)

---

Application granted. The initial conference is hereby adjourned to January 24, 2020 at 4 p.m.

SO ORDERED.

Hon. Ronnie Abrams
11/26/2019